IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY JOHN ROWE : | |
| : | CIVIL ACTION |
| *Plaintiff* : | |
| : | NO. 2:13-CV-4094-CMR |
| v. : | |
| : | |
| COMMONWEALTH OF PENNSYLVANIA *et al.* : | HON. CYNTHIA M. RUFE |
| : | |
| *Defendants* : | **ELECTRONICALLY FILED** |

**RESPONSE TO PLAINTIFF'S "MOTION FOR WRIT OF SEIZURE" FILED ON BEHALF OF THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, THE HONORABLE SHEILA WOODS-SKIPPER AND PROTHONOTARY AND CLERK OF COURTS JOSEPH H. EVERS**

In response to Plaintiff's "Motion for *Ex Parte* Issuance of Writ of Seizure," Defendants the Court of Common Pleas of Philadelphia County, the Honorable Sheila Woods-Skipper and Prothonotary and Clerk of Courts Joseph H. Evers rely upon the defenses and legal arguments set forth in their Motion to Dismiss since it appears that Plaintiff has repeated the allegations of his Complaint without setting forth any new or additional factual allegations or legal argument.

**MG0436**
MARTHA GALE, ESQUIRE
Attorney I.D. No. PA 22190
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JOHN ROWE | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 2:13-CV-4094-CMR |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA *et al.* | : | HON. CYNTHIA M. RUFE |
| | : | |
| *Defendants* | : | **ELECTRONICALLY FILED** |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 2, 2014, she personally caused to be served upon the following a true and correct copy of the foregoing *Response to Plaintiff's "Motion for Ex Parte Issuance of Writ of Seizure,"* by mailing same first class, postage pre-paid, U.S. mail to:

Anthony John Rowe
CE-8275
1100 Pike Street
Huntingdon, Pa 16654
*Pro Se Plaintiff*

**MG0436**
MARTHA GALE, ESQUIRE
Attorney I.D. No. PA 22190
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486