# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY JOHN ROWE**          :  <br> **Plaintiff,**           : <br>                : <br> **v.**                : <br>                : <br> **COMMONWEALTH OF PENNSYLVANIA,** *et al.*,  : <br> **Defendants.**            : | **CIVIL ACTION NO. 13-4094** |

## ORDER

**AND NOW**, this 19th day of June 2014, upon consideration of the pending motions and the responses thereto, it is hereby **ORDERED** that:

1.   Defendants' Motions to Dismiss [Doc. Nos. 11, 12, and 27] are **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**.

2.   Plaintiff's Motions for Issuance of Writ of Seizure [Doc. Nos. 25 and 32] and Motion for Relief from a Judgment [Doc. No. 34] are **DENIED**.

3.   The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**