OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

Michael E. Kunz, Clerk
United States District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

July 30, 2014

Re: Rowe v. Commonwealth of PA
E.D. Pa. No. 2-13-cv-04094

Dear Mr. Kunz:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court orders entered 6/20/14 (#37) and 7/11/14 (#39) and motion for in forma pauperis which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice was placed in prison mail on July 16, 2014 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,
By: /s/ Marcia M. Waldron
Clerk

MMW/sma
Enclosure
cc: Anthony John Rowe (w/out enclosure)

IN THE UNITED STATES DISTRICT COURT
OF PENNSYLVANIA FOR THE THIRD CIRCUIT

ANTHONY JOHN ROWE, aka :
COREY ROWE, :
       Plaintiff, :
 : CIVIL RIGHT ACTION
    v. :
 :
COMMONWEALTH OF PENNSYLVANIA, : No.2:13-cv-4094
COURT OF COMMON PLEAS, Philadelphia County, :
PENNSYLVANIA DEPARTMENT OF CORRECTIONS, :
STATE CORRECTIONAL INSTITUTION @ HUNTINGDON, :
DEPOSITORY TRUST AND CLEARING CORP., :
VIVIAN T. MILLER, Former Clerk of Court, :
NATASHA LOWE, Clerk of Court, :
JOSEPH EVERS, Prothonotary, :
SHEILA A. WOODS-SKIPPER, Supervising Judge, :
SUSAN N. HUESTON, Office of Chief Counsel, :
CONNIE GREEN, Grievance Coordinator, :
TABB BICKELL, Superintendent, :
BRANDY JESCHONEK, Librarian., :
       Defendants. :

## NOTICE OF APPEAL

Notice is hereby given that ANTHONY JOHN ROWE, aka COREY ROWE (Plaintiff) in the above named case hereby appeals to the United States Court of Appeal for the Third Circuit from the order entered in this action on June 20, 2014, and June 11, 2014.

July 16, 2014.

By: *Anthony John Rowe*
ANTHONY JOHN ROWE, Plaintiff
Sui Juris, In propria persona

IN THE UNITED STATES DISTRICT COURT
OF PENNSYLVANIA FOR THE THIRD CIRCUIT

| | |
|---|---|
| ANTHONY JOHN ROWE, aka <br> COREY ROWE, <br>         Plaintiff, <br> <br> v. <br> <br> COMMONWEALTH OF PENNSYLVANIA, et al., <br>         Defendents. | : <br> : Civil Rights Action <br> : <br> : <br> : No. 2:13-cv-4094-CMR <br> : <br> : <br> : |

CERTIFICATE OF SERVICE

I, Anthony John Rowe, hereby certify that I have, this day, sent a true and correct copy of the foregoing document, "Notice of Appeal" filed with the Clerk of the Court by way of first-class U.S. Mail, and additional copies to defendants' attorneys.

Dated: July   , 2014.

By:_____
ANTHONY JOHN ROWE, Plaintiff
c/o: CE 8275, 1100 Pike Street
Huntingdon, PA 16654

$01.40
02 1M
0008002952  JUL 21 2014
MAILED FROM ZIP CODE 16652



INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

U.S.M.S.
U.S.-P.A.

Micheal E. Kunz, Clerk
United States District Court
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

C/o: COREY RAWLE
CB 8275
1100 Pike Street
Huntingdon, PA 16654