IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY JOHN ROWE

                    13-4094
                    District Court Docket Number

vs.

COMMONWEALTH OF PA, ETAL                     7/31/14

Notice of Appeal Filed 7/16/14
Court Reporter(s)/ESR Operator(s)     N/A

Filing Fee:
    Notice of Appeal_____Paid  _X_ Not Paid  _____Seaman
    Docket Fee        _____Paid  _X_ Not Paid  _____USA/VI

CJA Appointment (Attach Copy of Order)

_____Private Attorney
_____Defender Association or Federal Public Defender
_____Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_____Motion Granted
_____Motion Denied
_X_ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____Granted
_____Denied
_____Pending

Defendant's Address (for criminal appeals)

Prepared by: LINDA V JERRY
Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm