IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY JOHN ROWE**            : | |
| **Plaintiff,**           : | |
|                                  : | |
| v.                               : | **CIVIL ACTION NO. 13-4094** |
|                                  : | |
| **COMMONWEALTH OF PENNSYLVANIA**, *et al.*,   : | |
| **Defendants.**          : | |

## ORDER

**AND NOW**, this 4th day of August 2014, upon consideration of Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs," which the Court construes as an application to proceed *in forma pauperis* in filing his appeal, it is hereby **ORDERED** that the application is **DENIED WITHOUT PREJUDICE**. The Clerk of Court shall provide Plaintiff an appropriate prisoner Application to Proceed *In Forma Pauperis*, bearing the civil action number of this case. Plaintiff shall complete and return the form to the Clerk of Court within 30 days from the date of this Order.[1]

**IT IS SO ORDERED**.

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] When Plaintiff filed this lawsuit, he paid the filing fee, and therefore this Court did not rule on an application to proceed *in forma pauperis* at that time. The application that Plaintiff has submitted in connection with the appeal is not the form required for prisoner plaintiffs and did not include a prisoner account statement.